# EXHIBIT A

| STATE OF HAWAIʻI<br>CIRCUIT COURT OF THE<br>FIRST ▼ CIRCUIT | RETURN AND ACKNOWLEDGMENT<br>OF SERVICE | **Electronically Filed**<br>**FIRST CIRCUIT**<br>**1CCV-21-0001485**<br>**06-DEC-2021**<br>**03:30 PM**<br>**Dkt. 14 RAS** |
|---|---|---|
| CASE NUMBER<br><br>**1CCV-21-0001485** | | |
| CASE NAME<br><br>**JOHN MORRIS III**<br>              **Plaintiff.**<br><br>**vs.**<br>**BIOTRONIK, INC.**<br>              **Defendant.** | | |

DOCUMENTS SERVED: (1) Complaint; Demand for Jury Trial; Summons
_____
_____
_____
_____
_____

I, Sheriff/Police Officer of the State of Hawaiʻi do hereby certify that I received a certified copy of the documents listed above and that I served the same on  Biotronik, Inc.  
                                                                                                    (name of party)
on  12/6/21            at  3:00pm            at  1188 Bishop St. Ste 2212
     (date)                    (time)
Honolulu, Hi, 96813 _____ within the State of Hawaiʻi as follows:
     (address)

☐ PERSONAL: By delivering to and leaving with _____, personally.

☐ SUBSTITUTE: [HRCP 4(d) (1) (A)] After due and diligent search and inquiry, I served above-named defendant through _____, a person of suitable age and discretion then residing at said party's usual place of abode, since the defendant could not be found.

☐ SUBSTITUTE: [HRCP 4(d) (1) (B)] I served above-named defendant through _____, authorized agent to receive service of process for said defendant.

☒ BUSINESS/CORPORATION/GOVERNMENTAL ENTITY: On  Biotronik, Inc.
   c/o Registered Agent Solutions, Inc.          (name of business/corp/entity)
_____ by serving through  Nancy Akamu _____,
                                          (name of person served)
_____, who is the  Agent _____ and authorized agent
                                  (position/title)
of said Business/Corporation/Governmental Entity.

☐ GARNISHMENT: I served _____ through _____
                             (name of garnishee)
_____ who is authorized to accept service for the above-named garnishee.
(name of person served)                                                          EXHIBIT A
                                                                         Page 1 of 2

☐ NOT FOUND: After due and diligent search and inquiry, I am unable to find _____.
                                                                         (name of party)

| STATE OF HAWAI'I<br>CIRCUIT COURT OF THE<br>__FIRST__ ▼ CIRCUIT | RETURN AND ACKNOWLEDGMENT OF SERVICE<br>(Page 2) |
|---|---|

CASE NUMBER

**1CCV-21-0001485**

CASE NAME

**JOHN MORRIS III**
      **Plaintiff.**

**vs.**
**BIOTRONIK, INC.**
      **Defendant.**

Attorney (Name, I.D. No., Address, Phone)
Laurent J. Remillard Jr. / 4592-0 Don V. Huynh / 7967-0 Rechelle A.M. Barbour / 9953-0
Remillard and Huynh 841 Bishop St. Suite 2302 Honolulu HI, 96813
Ph. 808-536-5737

| Date:<br>12/6/21 | ~~Sheriff/Police Officer~~ (type or print)<br>Messenger<br>Ryan Witthans | Signature<br>*Ryan Witthans* |
|---|---|---|
| SUBSCRIBED AND SWORN<br>TO BEFORE ME THIS DATE:<br><br>IN _____, HAWAI'I | NOTARY PUBLIC'S SIGNATURE:<br><br><br>STATE OF HAWAI'I | MY COMMISSION EXPIRES: |

### ACKNOWLEDGMENT OF SERVICE

__Refused to sign__
(signature of person served)      (date)      (time)

EXHIBIT A
Page 2 of 2