IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN MORRIS III,

        Plaintiff,

v.

BIOTRONIK, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; ROE NON-PROFIT CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10,

        Defendants

No. 3:22-cv-301-JR

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Russo issued a Findings and Recommendation on July 11, 2022, in which she recommends that the Court grant Defendant's motion to compel arbitration, dismiss this action, and deny Defendant's previous motion to dismiss as moot. F&R, ECF 45. The matter

1 – ORDER

is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Russo's Findings and Recommendation [45]. Accordingly, Defendant's Motion to Compel Arbitration [37] is GRANTED and this action is DISMISSED. Defendant's Motion to Dismiss [13] is DENIED as MOOT.

IT IS SO ORDERED.

DATED: _____August 25, 2022_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER